# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| GASTAR BONILLA BAROJA, | Case No. 26-CV-896 (NEB/SGE) |
| Petitioner, | |
| v. | ORDER FOR DISMISSAL |
| PAMELA BONDI ET AL., | |
| Respondents. | |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on April 1, 2026 (ECF No. 10), IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE and each party shall bear their own attorneys' fees, costs and disbursements.

Dated: April 1, 2026

BY THE COURT:
s/Nancy E. Brasel

Nancy E. Brasel
United States District Judge